UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 28 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER: C-19-2149M |
| | § | |
| KRYSTAL ORTEGA | § | SA:24-MJ-643 |

## CRIMINAL INFORMATION

### COUNT ONE

On or about May 26, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

KRYSTAL ORTEGA,

with intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof, made noise that is unreasonable, considering the nature and purpose of the actor's conduct, location, time of day or night, and other factors that would govern the conduct of a reasonably prudent person under the circumstances.

In violation of 36 CFR §§ 2.34 (a)(3) and 1.3(a).

### COUNT TWO

On or about May 26, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

KRYSTAL ORTEGA,

did knowingly gave a false or fictitious report or other false information to an authorized person

investigating an accident or violation of law or regulation.

In violation of 36 CFR §§ 2.32 (a)(3) and 1.3(a).

## COUNT THREE

On or about May 26, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

KRYSTAL ORTEGA,

intentionally and knowingly left children in a motor vehicle, knowing that the children are younger than seven years of age and not attended by an individual in the vehicle who is 14 years of age or older.

In violation of Section 22.10 of the Penal code of the State of Texas, and Title 18, USCA, Sections 7 and 13.

RYAN K. PATRICK
UNITED STATES ATTORNEY

YIFEI ZHENG
Assistant United States Attorney

| | |
|---|---|
| **U.S. Department of Justice** <br> Washington, D.C. | **Criminal Docket** <br> Presented in Corpus Christi |

CORPUS CHRISTI Division
Magistrate No.: N/A

File: CRIMINAL INFORMATION       CR. No.: **C-19- 2149 M**

Filed: May 24, 2019

County: Nueces           Judge: **JUDGE JASON B. LIBBY**

Lions #: _____

Attorneys:

United States of America

v.                RYAN K. PATRICK, U.S. ATTORNEY
                  YIFEI ZHENG, ASST. U.S. ATTORNEY

KRYSTAL ORTEGA


Charge(s):

Ct. 1: with intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof, made noise that is unreasonable, considering the nature and purpose of the actor's conduct, location, time of day or night, and other factors that would govern the conduct of a reasonably prudent person under the circumstances.
In violation of 36 CFR §§ 2.34 (a)(3) and 1.3(a).

Ct. 2: did knowingly gave a false or fictitious report or other false information to an authorized person investigating an accident or violation of law or regulation.
In violation of 36 CFR §§ 2.32 (a)(3) and 1.3(a).

Ct. 3: intentionally and knowingly left children in a motor vehicle, knowing that the children are younger than seven years of age and not attended by an individual in the vehicle who is 14 years of age or older.
In violation of Section 22.10 of the Penal code of the State of Texas, and Title 18, USCA, Sections 7 and 13.

Total Counts: (3)
Ct. 1: Disorderly Conduct – Noise
Ct. 2: False Report
Ct. 3: Leaving a Child in Vehicle Unattended

Penalties: Cts. 1 - 3: Not more than 6 months imprisonment, a fine of up to $5,000 and a $10 Special Assessment

In Jail: _____

On Bond: _____

No Arrest: <u>Ordered to Appear by the Court</u>_____